UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TIREECE COLE-JACKSON** | : | **CIVIL ACTION NO. 2:18-cv-1161** |
| REG. # 17579-064 | | |
| **VERSUS** | : | **JUDGE SUMMERHAYS** |
| **CALVIN JOHNSON** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 8] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

THUS DONE AND SIGNED in Chambers this 25th day of October, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE